UNITED STATES PROBATION OFFICE
DISTRICT OF NEVADA
MEMORANDUM

RE: Rahsaan Faison

Case No.: 2:21CR00211

**TRANSFER OF JURISDICTION**

February 13, 2023

TO: The Honorable Cristina D. Silva
United States District Judge

By way of case history, Faison was sentenced to 18 months custody followed by three (3) years supervised release for committing the offense of Felon in Possession of a Firearm. On January 27, 2023, Faison was released from Bureau of Prisons (BOP) custody and commenced his term of supervision in the Northern District of California.

The supervising officer noted Faison is residing with his mother in San Leandro, CA and intends to remain in the Northern District of California for the duration of his supervision term. For judicial economy, it is respectfully requested that jurisdiction be transferred to the Northern District of California. Attached is a copy of the Transfer of Jurisdiction order for the Court's consideration.

Respectfully submitted,

Digitally signed by Matthew Martinez
Date: 2023.02.16 14:35:45 -08'00'

Matthew Martinez
United States Probation Officer

Approved:

Digitally signed by Brian Blevin
Date: 2023.02.16 14:29:47 -08'00'

Brian Blevins
Supervisory United States Probation Officer

PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 2:21CR00211 |
| DOCKET NUMBER *(Rec. Court)* | To be assigned |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Rahsaan Faison | Nevada | U.S. Probation Office |

| NAME OF SENTENCING JUDGE |
|---|
| U.S. District Judge Cristina D. Silva |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 1/27/2023 | 1/26/2026 |

**OFFENSE**
Felon in Possession of a Firearm, in violation of 18 U.S.C. § 922(g)(1) and 924(a)(2).

---

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE _____  DISTRICT OF   Nevada

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Northern District of California  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

02/22/2023
Date

_United States District Judge_

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE   Northern   DISTRICT OF   California

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_Effective Date_        _United States District Judge_